# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §   CRIMINAL COMPLAINT |
| vs. | §   CASE NUMBER: DR:22-M -01705(1) |
| | § |
| (1) Hannah Nichole Diaz | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 19, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(ii)** .

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On July 19, 2022, defendant DIAZ, Nichole Diaz a United States Citizen, was arrested near Carrizo Springs, Texas, within the Western District of Texas, for the transportation of one illegal aliens in furtherance into the United States. Border Patrol Agents conducted a welfare check on a vehicle parked on the side of the road. Vehicle matched the description of a*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Melton, Lance T.
Border Patrol Agent

07/22/2022                                        at    DEL RIO, Texas
File Date                                                 City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                 Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01705(1)

(1) Hannah Nichole Diaz

**Continuation of Statement of Facts:**

concerned citizen who had previously reported it for the suspicion of alien smuggling. Agents determined driver DIAZ, Nichole as a United States Citizen, but the other subject was determined to be a foreign national illegally present in the United States. In a sworn statement, DIAZ admitted that her ex-boyfriend asked her to pick up a person for monetary gain."

_____  _____
Signature of Judicial Officer  Signature of Complainant